**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-1369**

———————

ROBERT R. CURTIS,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

        Movant - Appellee,

    and

JOHN O. THOMPSON; STEWART REMER; HELEN HURCOMBE; MARK LANGSTEIN;
JOHN MCNULTY,

        Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Roger W. Titus, District Judge. (8:05-cv-
00868-RWT)

———————

Submitted: August 14, 2008      Decided: August 19, 2008

———————

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior
Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert R. Curtis, Appellant Pro Se. Tarra R. DeShields-Minnis,
Assistant United States Attorney, Baltimore, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert R. Curtis appeals the district court's order substituting the United States for all defendants and granting judgment to the United States. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Curtis v. Thompson, No. 8:05-cv-00868-RWT (D. Md. Jan. 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED